UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANY REBECA MIRANDA BENAVIDEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-02381-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.    The unopposed petition is granted;

2.    Respondents are enjoined from continuing to detain Petitioner unless no later than **May 19, 2026**, she is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings; and

3.    The Clerk of Court is directed to close this case.

DATED: May 12, 2026

—————————————————————
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE